IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LON G. BERNDT *et al.*,

                Plaintiffs,                ORDER

v.

                                      08-cv-130-bbc

GREENWICH INSURANCE CO., *et al.*,

                Defendants.

---

On July 30, 2008, this court granted plaintiffs' motions to compel discovery and to extend their expert witness disclosure deadline. *See* dkt. 21. I also shifted costs pursuant to Rule 37(a)(5)(A) and gave both parties the chance to be heard. Plaintiffs submitted a request for $750 in fees. Defendants did not respond. Having compared the request to the work provided and the result obtained, I find that the amount requested is reasonable. Therefore, it is ORDERED that defendants and their attorneys are jointly and severally liable to pay $750 to plaintiffs' law firm not later than August 20, 2008.

Entered this 21st day of July, 2008.

                                                        BY THE COURT:

                                                        /s/

                                                        _____
                                                        STEPHEN L. CROCKER
                                                        Magistrate Judge