## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 130 | **DATE** | 12/16/2008 |
| **CASE TITLE** | Berndt vs. Andrus, et al. | | |

**DOCKET ENTRY TEXT:**

The settlement conference scheduled for December 22, 2008 at 8:45 a.m. will be at the Federal Courthouse in Rockford. Travel takes approximately 1½ hours from the Madison Courthouse to the Rockford Courthouse. Park in the municipal lot across the street. Call my secretary Cindy at (815) 987-4480, ext. 2 if you wish directions from I-90 to downtown Rockford.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|