## United States District Court, Western District of Wisconsin

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 130 | **DATE** | 12/22/2008 |
| **CASE TITLE** | Berndt et al v. Andrus, Sceales, Starke & Sawall, LLP et al | | |

**DOCKET ENTRY TEXT:**

Settlement conference held.  This case is settled.  The court retains jurisdiction for 30 days for the stipulation to dismiss to be filed in Madison, Wisconsin before Judge Crabb.

*/s/ Philip G. Reinhard*

Electronic Notices.

04:00

| | Courtroom Deputy Initials: | JT |
|---|---|---|